UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE PORTER, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:22-cv-02131-TWP-MJD |
| FRANCISCAN ALLIANCE, INC. d/b/a FRANCISCAN HEALTH INDIANAPOLIS, | ) |
| Defendant. | ) |

## FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58

The Court, having this day made its Entry directing the entry of final judgment, now enters its **FINAL JUDGMENT**. Judgment is entered in favor of Defendant Franciscan Alliance, Inc. d/b/a Franciscan Health Indianapolis.

This action is **CLOSED**.

Dated: 9/16/2024

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Amy Joan Adolay
KRIEG DEVAULT LLP (Carmel)
aadolay@kdlegal.com

Kimberly D. Jeselskis
JESELSKIS BRINKERHOFF AND JOSEPH LLC
kjeselskis@jbjlegal.com

Elizabeth Marie Roberson
KRIEG DEVAULT LLP (Carmel)
eroberson@kdlegal.com